**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GARY PATRICK McKEE,

    Plaintiff,

vs.                                              Case No. 3:06-cv-746-J-32MCR

FEDERAL BUREAU OF INVESTIGATION,
et al.,

    Defendants.

## **ORDER**

This case is before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation recommending that the motion for leave to proceed *in forma pauperis* be denied and that the complaint be dismissed without prejudice to plaintiff filing an amended complaint (Doc. 4). No objections were filed and the time in which to do so has now passed.[1]

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 4), it is hereby

**ORDERED**:

---

[1] The Magistrate Judge also gave plaintiff a deadline by which to amend his complaint and other documents if he so desired, but plaintiff has not filed anything following the issuance of the Report and Recommendation.

1.	The Report and Recommendation (Doc. 4) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2.	Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3.	**No later than January 12, 2007** plaintiff shall either pay the filing fee to continue the prosecution of this case or he shall seek leave to file an amended complaint which corrects the pleading deficiencies noted by the Magistrate Judge. **Plaintiff's failure to either pay the filing fee or seek leave to amend his complaint by the January 12, 2007 deadline will result in dismissal of this case without prejudice without further notice.**

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of December, 2006.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se parties